



★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00564-CV

**IN THE MATTER OF THE JOHN A. WILSON
EXEMPT GENERATION SKIPPING TRUST**

From Probate Court No. 2, Bexar County, Texas
Trial Court No. 2008-PC-3472
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed: November 18, 2009

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM